| Company | | | | | | EARNINGS STATEMENT | |
|---|---|---|---|---|---|---|---|
| Chavez Construction and Remodeling, LLC., 1781 WESTMINSTER, RD., Brownsville, TX 78521 | | | | | | 1:25 mj 608 | |
| EMPLOYEE NAME | | SSN | | PAY PERIOD | | PAY DATE | CHECK NO. |
| RAYMUNDO MUNETON MUNOZ | | XXX-XX-3409 | | 05/05/2025 – 05/11/2025 | | 05/16/2025 | 746 |
| EARNINGS | RATE | HOURS | AMOUNT | DEDUCTIONS | | AMOUNT | YEAR-TO-DATE |
| Regular | $20.00 | 40.00 | 800.00 | Federal Income Tax | | $22.21 | $88.84 |
| | | | | Social Security Tax | | $49.60 | $198.40 |
| | | | | Medicare Tax | | $11.60 | $46.40 |
| | | | | Helmets Partial Payment | | $0.00 | $80.00 |

| YTD GROSS | YTD DEDUCTIONS | YTD NET PAY | CURRENT GROSS | CURRENT DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| $3,200.00 | $413.64 | $2,786.36 | $800.00 | $83.41 | $716.59 |

Defense Exhibit #1

407522

1:25-mJ-608

| Statement | DATE | | TERMS | |
|---|---|---|---|---|

TO

To whom it my concern.
I Ray Reyes have known
Reymundo Muneta Muroz for 10 years.

IN ACCOUNT WITH

He is a very hard working person, He or has
done previous work for me. I pay him
$600 per week.

Respectfully

Ray R

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | |
|---|---|---|---|---|

adams· DC5812                Defense Exhibit #2              01-11

1:25-mj-608

7/23/2025

To Whom It May Concern,

I, Isabel Kellogg/ Mae's Construction, have known Reymundo Muneton Munoz for over 10 years and know that he is a good hard-working individual. Mr. Munoz has done work for me in the past. He is a good family man to his wife and children. I know for a fact Mr. Reymundo Muneton Munoz does not have a criminal record and is an American citizen.

Respectfully,

Isabel Kellogg/ Mae's Construction

Defense Exhibit #3

1:25-MJ-608

To whom it may concern:

I Robert Resendez Jr. have known Reymundo Muñeton Muñoz for 6 years. He is a dedicated, hard working person. He is a responsible worker. He has done previous work for me. I pay him $750.00 per week.

Respectfully,

[signature]

Defense Exhibit #4

07/24/2025

1:25-mJ-608

To Whom It May Concern,

I, Raul Reyes Jr. have known Reymundo Muneton Munoz for 10 years and know that he is a good family man and good husband to his wife and good father to his children. He is a good hard-working man, and I know that Mr. Reymundo Muneton Munoz does not have a criminal record. When work is available his weekly pay with me is $700.00 a week.

Respectfully,

*Raul Reyes Jr.*

Raul Reyes Jr.

Defense Exhibit #5