

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

| | |
|---|---|
| 600 E. Harrison St., #201 | Phone (956) 548-2554 |
| Brownsville, Texas 78520 | Fax (956) 548-2711 |

Criminal Complaint dismissed on
August _____, 2025

_____
U. S. MAGISTRATE JUDGE

Honorable Ignacio Torteya, III
United States Magistrate Judge
Brownsville, Texas

In re:   **U. S. vs *RAYMUNDO MUNETON***

| | |
|---|---|
| Magistrate's Case No. | B-25-MJ-608 |
| Criminal Complaint filed on | JULY 20, 2025 |
| Before Magistrate Judge | Honorable Ignacio Torteya, III |

Dear Magistrate Judge Ignacio Torteya, III:

We hereby request that you dismiss the criminal complaint as to defendant **RAYMUNDO MUNETON** MJ Number B-25-MJ-608, pending further investigation.

Very truly yours,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/ Zachary H. Blackmon*
ZACHARY H. BLACKMON
Assistant United States Attorney

cc:   U.S. Marshal, Brownsville, Texas