United States District Court
Southern District of Texas

**ENTERED**

December 11, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
Southern District of Texas

ORDER TO DISBURSE CASH BOND

| CRIMINAL ACTION NUMBER: | TERMINATION DATE: | DIVISION: |
|---|---|---|
| 1:25-MJ-608-01 | 08/05/2025 | Brownsville |
| **DEPOSITOR'S NAME & ADDRESS:** BOND IS REMITTED TO THE PERSON OR BUSINESS AT THE ADDRESS ON THE AFFIDAVIT OF OWNERSHIP PREVIOUSLY SUBMITTED TO THE CLERK OF THE COURT | | |
| AMOUNT DEPOSITED: $1,000.00 | DEFENDANT'S NAME: RAYMUNDO MUNETON | |

This cash deposit having been made to secure the defendant's bond, the defendant having met the conditions of the bond and the case having been terminated, the Clerk is ordered to issue a Registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on: _December 11_, 2025

_____
IGNACIO TORTEYA, III
United States Magistrate Judge

*APPROVED:*
United States District Clerk

By: _____  12/01/2025
   Financial Deputy Clerk   Date

*NO OBJECTION:*
United States Attorney

By: _Zachary Blackmon_
       (Print Name)

Signature: _____  12/09/2025
   Assistant U.S. Attorney   Date